MARK L. BLOCK (SBN 115457)
mblock@wargofrench.com
NATASHA S. AHMED (SBN 281567)
nahmed@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, California 90067
Telephone:  (310) 853-6300
Facsimile:   (310) 853-6333

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for GSAMP TRUST 2005-HE4 Mortgage Pass-Through Certificates, Series 2005-HE4, JPMORGAN CHASE BANK, N.A., (erroneously sued as "JP MORGAN CHASE BANK N.A., a national banking association incorporated in New York"); and WHITNEY K. COOK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual, | Case No. 1:12-cv-00814-AWI-GSA |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JPMORGAN CHASE BANK, N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1-20 inclusive. | Chief Judge Anthony W. Ishii |

1
2 | Defendants.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing therein,

1. Defendants Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2005-HE4 Mortgage Pass-Through Certificates, Series 2005-HE4, JPMorgan Chase Bank, N.A., and Whitney Cook's deadline to file a responsive pleading to Plaintiff Barry Halajian's Complaint is August 10, 2012.

IT IS SO ORDERED.

Dated:   **July 17, 2012**                **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE