# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual,<br><br>    Plaintiff,<br>  vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JPMORGAN CHASE BANK, N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1-20 inclusive.<br><br>    Defendants. | Case No. 1:12-cv-00814-AWI-GSA<br><br>**SECOND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge Gary S. Austin |

///

# **ORDER**

Pursuant to the stipulation of the parties and good cause appearing therein,

**IT IS SO ORDERED:**

Defendants shall have until September 14, 2012 to answer, plead, or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: **August 2, 2012**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE