IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, ) | 1:12-cv-00814-AWI-GSA |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF OCTOBER 29, 2012 |
| v. ) | AND TAKING MATTERS |
| ) | UNDER SUBMISSION |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, as trustee for GSAMP Trust ) | (Docs. 30, 32) |
| 2005-HE4, Mortgage Pass-through ) | |
| Certificates, Series 2005-HE4, a ) | |
| New York corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendants Deutsche Bank National Trust Company and Whitney Cook have filed motions to dismiss the complaint of plaintiff Barry Halajian pursuant to Federal Rules of Civil Procedure 12(b)(6). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds these matters suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of October 29, 2012 is hereby VACATED and the parties shall not appear at that time. The Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 23, 2012                                                             _____
                                                                                                          CHIEF UNITED STATES DISTRICT JUDGE