BRYANT S. DELGADILLO (SBN 208361)
bdelgadillo@wargofrench.com
KRISTAPOR VARTANIAN (SBN 275378)
kvartanian@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA  90067
Telephone: 310-853-6300
Facsimile: 310-853-6333

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for GSAMP TRUST 2005-HE4 Mortgage Pass-Through Certificates, Series 2005-HE4, and JPMORGAN CHASE BANK, N.A. (erroneously sued as "JP MORGAN CHASE BANK N.A., a national banking association incorporated in New York")

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JPMORGAN CHASE BANK N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1-20 inclusive<br><br>　　　　　Defendants. | Case No.  1:12-cv-00814-AWI-GSA<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Hon. Anthony W. Ishii |

//

//

//

//

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

# **ORDER**

Pursuant to the stipulation of the parties filed on April 19, 2013, and good cause appearing therein, Defendants shall have until April 22, 2013 to answer Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  **April 22, 2013**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE