**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY HALAJIAN, an individual, | Case No.:  1:12-CV-00814-AWI-GSA |
| Plaintiffs, | |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JP MORGAN CHASE BANK N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1 through 20, inclusive. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES** |
| Defendants. | |

The Court having considered the Parties' Joint Stipulation to Continue Trial and Related Pre-Trial Dates, finding good cause appearing, hereby GRANTS the Stipulation and ORDERS as follows:

The dispositive motion deadline set for September 13, 2013 is extended to December 13, 2013;

1  The Pre-Trial Conference set for December 4, 2013 is continued to February 13, 2014 at 8:30 a.m in Courtroom 2 before the Honorable Anthony W. Ishii; and

The January 14, 2014 trial date is continued to April 15, 2014 at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii.

All other orders contained in this Court's Scheduling Order issued on September 9, 2012 remain in full force and effect. (Doc. 29).

IT IS SO ORDERED.

Dated: **September 4, 2013**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

Joint Stipulation to Continue Trial and Related Pre-Trial Dates and Order Thereon