# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual, | Case No.: 1:12-CV-00814-AWI-GSA |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JP MORGAN CHASE BANK N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1 through 20, inclusive. | |
| Defendants. | |

The Court having considered the Parties' Joint Stipulation to Continue Trial and Related Pre-Trial Dates, finding good cause appearing, hereby GRANTS the Stipulation and ORDERS as follows:

---

Joint Stipulation to Continue Trial and Related Pre-Trial Dates and [Proposed] Order Thereon

1

The April 15, 2014 trial date is continued to July 15, 2014 at 8:30 a.m.;

The dispositive motion cut-off set for December 13, 2013 is extended to March 31, 2014 for hearing of any dispositive motions. They shall be filed prior in accordance with the local rules;

The Pre-Trial Conference set for February 13, 2014 is continued to May 29, 2014 at 8:30 a.m. Personal appearance by counsel is mandatory.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:   December 6, 2013                    _____
                                                                    SENIOR DISTRICT JUDGE