UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JP MORGAN CHASE BANK N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1 through 20, inclusive.<br><br>　　　　　　　Defendants. | Case No.:  1:12-CV-00814-AWI-GSA<br><br>**ORDER ADOPTING JOINT STIPULATION TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE, THE PRETRIAL CONFERENCE AND TRIAL**<br><br>**Doc. 59** |

　　The Court adopts the parties' stipulation extending the deadline for filing dispositive motions and continuing the pre-trial conference and the trial. (Doc. 59). Accordingly, the dispositive motion cut-off presently set for March 14, 2014, is extended to April 11, 2014; the Pre-Trial Conference presently set for May 15, 2014, is continued to June 12, 2014, at 10:00

a.m. in Courtroom 2, before District Judge Anthony W. Ishii; and the Trial presently set for July 15, 2014, is continued to August 12, 2014, at 8:30 a.m. in Courtroom 2, before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   **March 14, 2014**                        **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE