UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual<br><br>          Plaintiff,<br><br>          vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JPMORGAN CHASE BANK N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1-20 inclusive<br><br>          Defendants. | Case No.  1:12-cv-00814-AWI-GSA<br><br>**ORDER GRANTING DEFENDANTS JPMORGAN CHASE BANK, N.A. AND WHITNEY K. COOK'S REQUEST TO FILE CERTAIN EXHIBITS ATTACHED TO A DECLARATION FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

**ORDER**

Having read and considered Defendants JPMorgan Chase Bank, N.A. and Whitney K. Cook's request that the Court file certain documents under seal and good cause having been shown, the Court hereby grants Defendants' request to file under seal certain exhibits to the Declaration of Sunserayer W. Edwards, filed in support of Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   April 14, 2014                              _____
                                                         SENIOR  DISTRICT  JUDGE