IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JPMORGAN CHASE BANK N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1-20 inclusive<br>                    Defendants.<br>_____/ | 1:12-cv-0814-AWI-GSA<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

   On April 11, 2014, Defendant Deutsche Bank National Trust filed a motion for summary judgment. On the same date, Defendants Whitney K. Cook and JPMorgan Chase Bank, N.A. filed a separate motion for summary judgment. Plaintiff Barry Halajian sought an extension of time to file an opposition. This Court granted Plaintiff's request. Plaintiff filed an opposition to both motions on March 19, 2014. Defendants Deutsche Bank, JPMorgan Chase Bank, and

1

Whitney Cook filed their respective replies on May 26, 2014. The motions are set for hearing before this Court on Monday, June 2, 2014 at 1:30 p.m. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of June 2, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 27, 2014                                    _____
                                                          SENIOR  DISTRICT  JUDGE