# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN, an individual | 1:12-cv-0814-AWI-GSA |
| Plaintiff, | **ORDER VACATING FUTURE DATES** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4, a New York Corporation; JPMORGAN CHASE BANK N.A., a national banking association incorporated in New York; NDEx WEST LLC, a Delaware limited liability company; and WHITNEY K. COOK, an individual residing in Ohio; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 4917 E. SOONER DR., FRESNO, CALIFORNIA 93727; and DOES 1-20 inclusive Defendants. _____/ | |

Defendants Deutsche Bank National Trust Company, JPMorgan Chase Bank, N.A., and Whitney K. Cook have filed motions for summary judgment, currently under submission before

1

the Court. In consideration of the time requirements needed to evaluate and resolve these motions, the Court hereby VACATES all future dates, including the June 12, 2014 pretrial conference and the August 12, 2014 trial dates. The Court shall schedule a trial-setting conference if necessary after an order on the motions for summary judgment has been issued.

IT IS SO ORDERED.

Dated:  May 27, 2014

SENIOR DISTRICT JUDGE